U.S. Department of Justice
Immigration and Naturalization Service

## Notice of Action

# THE UNITED STATES OF AMERICA

| | |
|---|---|
| RECEIPT NUMBER<br>WAC-01-251-57082 | CASE TYPE  I485   APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
| RECEIPT DATE<br>August 7, 2001 | PRIORITY DATE<br>January 21, 2000 |
| | APPLICANT  A79 532 274<br>YANOW, ANTHONY |
| NOTICE DATE<br>March 13, 2002 | PAGE<br>1 of 1 |

RALPH EHRENPREIS
RALPH EHRENPREIS A PROFESSIONAL LA
RE: ANTHONY YANOW
1880 CENTURY PARK EAST SUITE 550
LOS ANGELES CA 90067

Notice Type: Approval Notice
Section: Adjustment as direct beneficiary of immigrant petition

COA: E18

Your application for permanent resident status has been approved. Please take this notice, your Arrival/Departure Record, Form I-94, your passport, and two ADIT style color photos meeting the specifications listed below, to the local INS office listed below to have your fingerprint and signature taken on Form I-89, and otherwise complete processing for your Alien Registration Card. The address of your local INS office is:

    Room 1001, 300 North Los Angeles St, Los Angeles, CA 90012

    Hours for this process: Monday through Friday, 8:00 a.m. - 12:00 noon

Please direct your questions to the office listed here. You may appear at the above office on the days and times specified.

PHOTO SPECIFICATIONS: The 2 ADIT-style color photographs should be taken within the 30 days before you go to the local INS office for processing. The photographs must:

- have a white background, be unmounted, be printed on thin paper, be glossy and unretouched;

- show a three-quarter frontal profile of the right side of your face, with your right ear visible and with your head bare (unless you are wearing a headdress as required by a religious order to which you belong);

- are no longer than 2x2 inches, with the distance from the top of the head to just below the chin about 1 - 1/4 inches.

Lightly print your name and A# from this notice, on the back of each photo with a pencil.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
Customer Service Telephone: (949) 831 8427



Form I-797 (Rev. 09/07/93)N