**U.S. Department of Justice**
Immigration and Naturalization Service

**Notice of Action**

### THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | CASE TYPE I90 |
|---|---|
| WAC-04-800-17977 | APPLICATION TO REPLACE ALIEN REGISTRATION CARD |

| RECEIVED DATE | PRIORITY DATE | APPLICANT A079 532 274 |
|---|---|---|
| November 6, 2003 | | YANOW, ANTHONY |

| NOTICE DATE | PAGE |
|---|---|
| November 6, 2003 | 1 of 1 |

ANTHONY YANOW
2252 VERDE OAK DRIVE
LOS ANGELES CA 90068

Notice Type: Receipt Notice

Amount received: $ 130.00

The above application or petition has been received. It usually takes 360 to 390 days from the date of this receipt to us to process this type of case. Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case. You can also use the phone number (800) 375-5283 to obtain case status information direct from our automated system 24 hours a day with a touch tone phone and the receipt number for this case (at the top of this notice).

If you have other questions about possible immigration benefits and services, filing information, or Immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at 1-800-375-5283. If you are hearing impaired, please call our TDD at 1-800-767-1833.

You can also visit the INS on the internet at www.bcis.gov. On our web site you can get up-to-date case status information on your case and find valuable information about immigration services and benefits.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
Customer Service Telephone: (800) 375-5283



Form I-797 (Rev. 09/07/93)N