U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services

**Notice of Action**

| A# | A79-532-274 | Application/Petition<br>I-90 Application to Replace Alien Registration Card |
|---|---|---|
| Receipt # | WAC0480017977 | Applicant/Petitioner<br>ANTHONY YANOW |
| Notice Date | November 29, 2004 | Page 1 of 2 | Beneficiary |

ANTHONY YANOW
2252 VERDE OAK DRIVE
LOS ANGELES CA 90068-

Request for Evidence

IMPORTANT: WHEN YOU HAVE COMPLIED WITH THE INSTRUCTIONS ON THIS FORM, RESUBMIT THIS NOTICE ON TOP OF ALL REQUESTED DOCUMENTS AND/OR INFORMATION TO THE ADDRESS BELOW. THIS OFFICE HAS RETAINED YOUR PETITION/APPLICATION WITH SUPPORTING DOCUMENTS.

THE INFORMATION REQUESTED BELOW MUST BE RECEIVED BY THIS OFFICE NO LATER THAN EIGHTY-FOUR (84) DAYS FROM THE DATE OF THIS NOTICE. IF YOU DO NOT PROVIDE THE REQUESTED DOCUMENTATION WITHIN THE TIME ALLOTTED, YOUR APPLICATION WILL BE CONSIDERED ABANDONED PURSUANT TO 8 C.F.R. 103.2(B)(13) AND, AS SUCH, WILL BE DENIED.

CSC 14091 WS 22165 DIV V

**RETURN THIS NOTICE ON TOP OF THE REQUESTED INFORMATION LISTED ON THE ATTACHED SHEET.**

Note: You are given until February 27, 2005 in which to submit the information requested.

Pursuant to 8 C.F.R. 103.2(b)(11) failure to submit ALL evidence requested at one time may result in the denial of your application.

For more information, visit our website at www.uscis.gov

Or call us at 1-800-375-5283

Telephone service for the hearing impaired: 1-800-767-1833

You will be notified separately about any other applications or petitions you filed. Save a photocopy of this notice. Please enclose a copy of it if you write to us about this case, or if you file another application based on this decision. Our address is:

U.S. CITIZENSHIP AND IMMIGRATION SERVICES
CALIFORNIA SERVICE CENTER
P.O. BOX 10090
LAGUNA NIGUEL, CA 92607-1009

(949) 831-8427



11/10/2003  WAC-04-800-17977  WACEZC01

Form I-797 (1/00)

Please see additional information on the back.

Wac0480017977
Page 2

**POLICE CLEARANCES:** USCIS records show that you have police records or Immigration records. If you have been arrested or convicted, please submit certified copies of all arrest reports and any final court dispositions on all court cases.

ATTACHEMENT TO I-797        CSC 14901/WS 22189 DIV V 06/22/04