

| | | | |
|---|---|---|---|
| Immigration and Nationality Attorneys | 11 Dupont Circle, NW Suite 775 Washington, DC 20036 | 202.483.0053 tel 202.483.6801 fax www.maggio-kattar.com | |

## *VIA FEDERAL EXPRESS*
*8465 1789 1227*

February 9, 2005                                              Our File Number: 04-073

U.S. Department of Homeland Security
United States Citizenship and Immigration Services
California Service Center
24000 Avila Road, 2nd Floor, Room 2302
Laguna Niguel, CA 92677

**RE:     A79 532 274**
         **Receipt Number:  WAC048001 7977**
         **Anthony YANOW**

Dear Sir or Madam:

In response to your request for evidence form I-797, a copy of which is enclosed, please also find transmitted a copy of the complaint in Mr. Yanow's pending criminal case and evidence that this case remains pending.  This evidence shows that Mr. Yanow has **not** been convicted and that therefore his permanent resident status is not subject to challenge.

Our firm's Notice of Entry of Appearance form G-28 is also enclosed.

Please let us know if you have further concerns of questions.

Respectfully submitted,

MAGGIO KATTAR

Michael Maggio
Enclosure:      As Stated.  (2

cc:     Anthony Yanow

Michael Maggio          Andrés C. Benach*      *Not admitted in
Alison J. Brown*        James Alexander*       Washington, DC
Elizabeth A. Quinn*

Feb 04 05 04:38p       1! J  Leader  Building                          p.

Northern District of Ohio - Docket Report                    Page 1 of 8


                                                             Baughman

# U.S. District Court
## Northern District of Ohio (Youngstown)
### CRIMINAL DOCKET FOR CASE #: 4:03-cr-00075-SO-1

Case title: USA v. Yanow                      Date Filed: 02/20/2003
Other court case number: 1:03-mj-00389 CDCA INTERIN


Assigned to: Judge Solomon Oliver, Jr


**Defendant**

**Anthony Yanow** (1)                 represented by  **Albert A. Giuliani**
*doing business as*                                    1540 Leader Bldg.
Hot Comet Enterprises, Inc.                            526 Superior Avenue
*doing business as*                                    Cleveland, OH 44114
Puff Pipes                                             Email: aag@giuliani-law.com
*doing business as*                                    *LEAD ATTORNEY*
Atomospheres Lifestyles of LA                          *ATTORNEY TO BE NOTICED*
*doing business as*                                    *Designation: Retained*
Puffpipes.com
                                                       **Eric D. Shevin**
                                                       Ste. 720
                                                       9000 Sunset Blvd.
                                                       West Hollywood, CA 90069
                                                       310-273-1300
                                                       Fax: 310-273-1362
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*
                                                       *Designation: Retained*


**Pending Counts**                            **Disposition**

21:846 Conspiracy to sell drug
paraphernalia
(1)

Conspiracy to Distribute Controlled
Substance in violation of Title 21,
United States Code, Section 846
(1s)

21:863(a)(1) and 863(b) Sale of drug
paraphernalia
(2-3)

Mail Order Drug Paraphrnalia in
violation of Title 21, United States
Code, Sections 863 (a) (1) and 863 (b)

(2s)

### Highest Offense Level (Opening)
Felony

| Terminated Counts | Disposition |
|---|---|
| None | |

### Highest Offense Level (Terminated)
None

| Complaints | Disposition |
|---|---|
| None | |

**Plaintiff**

**United States of America**        represented by   **Joseph M. Pinjuh**
Office of the U.S. Attorney
Northern District of Ohio
801 Superior Avenue, W
Cleveland, OH 44113
216-622-3771
Fax: 216-522-7499
Email: joseph.pinjuh@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/26/2005 | 63 | Motion to Extend Treatment at the Mayo Clinic until February 4, 2005 by Anthony Yanow. (Giuliani, Albert) (Entered: 01/26/2005) |
| 01/26/2005 | 62 | Response by United States of America to Motion Supplement to Defendant Yanow's Motion to Adjourn the Proceedings59 as to Joseph Zachary Adelman, Anthony Yanow *Government's Supplemental Response to Yanow's Motion to Adjourn the Proceedings* (Attachments: # 1 DEA Report# 2 Westlaw Cites 110.01 110.02# 3 Westlaw Cite 103900)(Pinjuh, Joseph) (Entered: 01/26/2005) |
| 01/17/2005 | 61 | Supplement to 51 Motion to Continue *The Proceedings and Memorandum Of Law In Support* as to Anthony Yanow (Attachments: # 1 Exhibit Chow Letter# 2 Exhibit Affidavit of Albert Giuliani)(Giuliani, Albert) (Entered: 01/17/2005) |
| 01/17/2005 | 60 | Reply to response to Motion to Continue *The Proceedings and Memorandum Of Law In Support*51 as to Anthony Yanow (Giuliani, Albert) (Entered: 01/17/2005) |

Feb 04 05 04:39p        1540  Leader  Building                          p.

Northern District of Ohio - Docket Report                    Page 3 of 8

| | | |
|---|---|---|
| 01/11/2005 | 59 | Supplement to Defendant Yanow's Motion to Adjourn the Proceedings by Anthony Yanow. (Attachments: # 1 Exhibit 12-17-04 Letter from Dr. Chow# 2 Exhibit Affidavit of Albert A. Giuliani)(Giuliani, Albert) (Related document#[51] Modified text, wrong event used, motion terminated- link added, attorney notified by email on 1/13/2005 (E, P). (Entered: 01/11/2005) |
| 01/07/2005 | 58 | Response by United States of America in opposition to Motion to Dismiss *Superseding Indictment and Memorandum in Support*[52] as to Joseph Zachary Adelman, Anthony Yanow (Pinjuh, Joseph) (Entered: 01/07/2005) |
| 01/07/2005 | 57 | Marginal Order granting 56 Motion to Travel to the Mayo Clinic in Rochester, Miinnesota from Jan. 11 - 25, 2005, for medical attention, as to Anthony Yanow (1). Signed by Judge Solomon Oliver Jr. on 1/7/2005. (D, M) Modified on 1/10/2005 (D, M). (Entered: 01/07/2005) |
| 01/05/2005 | 56 | Unopposed Motion to Travel *to the Mayo Clinic for Medical Care* by Anthony Yanow. (Giuliani, Albert) (Entered: 01/05/2005) |
| 01/05/2005 | 55 | Response by United States of America to Motion To Join In Defendant Yanow's Motion To Adjourn Proceedings And Memorandum In Support [53] as to Joseph Zachary Adelman, Anthony Yanow (Pinjuh, Joseph) (Entered: 01/05/2005) |
| 01/05/2005 | 54 | Response by United States of America to Motion To Join In Defendant Yanow's Motion To Adjourn Proceedings And Memorandum In Support [53], Motion to Continue *The Proceedings and Memorandum Of Law In Support*51 as to Joseph Zachary Adelman, Anthony Yanow (Attachments: # 1 Music.com Credits)(Pinjuh, Joseph) (Entered: 01/05/2005) |
| 12/09/2004 | 51 | Motion to Continue *The Proceedings and Memorandum Of Law In Support* by Anthony Yanow. (Attachments: # 1 Exhibit Phillip Levine, M.D. Medical Report)(Giuliani, Albert) (Entered: 12/09/2004) |
| 09/10/2004 | 46 | Minutes of proceedings before Judge Solomon Oliver Jr. A Pretrial Conference as to Anthony Yanow and Joseph Zachary Adelman was held on 9/10/2004. Jury Trial set for 2/28/2005, at 9:00 AM in Chambers 17A before Hon. Solomon Oliver Jr. The Defendants have until 12/15/2004, to file a motion to dismiss the Indictment, opposition is due 1/10/2005, and replies are due 1/17/2005. (Court Reporter Cynthia Lee) (D, M) (Entered: 09/10/2004) |
| 09/08/2004 | | Order (non-document) granting 43 44 Motions to allow Defendants attend pretrial by telephone. Defendants must be available by telephone if needed. Entered by Judge Solomon Oliver Jr. on 9/8/2004. (D, M) (Entered: 09/08/2004) |
| 08/25/2004 | 45 | Unopposed Motion to Continue *Trial* by United States of America as to Anthony Yanow, Joseph Zachary Adelman. (Pinjuh, Joseph) (Entered: 08/25/2004) |
| | | |

Feb 04 05 04:39p    1540  Leader  Building                                    p.

| 08/25/2004 | 44 | Motion to Attend September 9, 2004 Pretrial Via Telephone Conference by Anthony Yanow. (Attachments: # 1 Exhibit Dr. Levine Letter) (Giuliani, Albert) Modified text on 8/26/2004 (E, P). (Entered: 08/25/2004) |
|---|---|---|
| 08/24/2004 | 43 | Motion To Allow Defendant to Attend Pretrial Conference Via Telephone Conference by Anthony Yanow. (Attachments: # 1 Exhibit Dr. Levine Letter)(Giuliani, Albert) Modified text, document not signed, attorney notified to refile on 8/25/2004 (E, P). (Entered: 08/24/2004) |
| 08/17/2004 | 42 | Marginal Order granting 40 Motion to Continue as to Anthony Yanow (1) and Joseph Zachary Adelman (2). Final Pretrial Conference set for 9/9/2004, at 2:00 PM and Jury Trial set for 11/29/2004, at 9:00 AM in Chambers 17A before Hon. Solomon Oliver Jr. Signed by Judge Solomon Oliver Jr. on 8/17/2004.(D, M) (Entered: 08/17/2004) |
| 08/03/2004 | 41 | Response in Opposition by United States of America as to Anthony Yanow, Joseph Zachary Adelman re 40 Motion to Continue *the Trial Date for 120 Days* (Pinjuh, Joseph) (Entered: 08/03/2004) |
| 08/02/2004 | 40 | Joint Motion to Continue *Trial Date To Further "The Ends Of Justice" And Memorandum In Support* by Joseph Zachary Adelman as to Anthony Yanow, Joseph Zachary Adelman. (Lonardo, Angelo) (Entered: 08/02/2004) |
| 07/15/2004 | 39 | Notice of Consent by Anthony Yanow, after consulting with and on the advice of counsel, consents to and agrees to the above request and waives his right to personally appear at the arraignment on the superceding indictment re 33 Order on Motion for Special Appearance (M, M) (Entered: 07/15/2004) |
| 07/13/2004 | 37 | Trial Order as to Anthony Yanow and Joseph Zachary Adelman. Jury Trial set for 9/8/2004, at 9:00 AM and final pretrial conference set for 8/24/2004, at 10:00 AM in Chambers 17A before Hon. Solomon Oliver Jr. Trial documents are to be submitted to the court not later than 4:00 p.m. on 9/6/2004; Discovery shall be completed by 8/11/2004; Pretrial motions shall be filed by 8/16/2004; and Responses to pretrial motions shall be filed by 8/30/2004. Signed by Judge Solomon Oliver Jr. on 7/13/2004. (D, M) (Entered: 07/13/2004) |
| 07/09/2004 | 35 | Minutes of proceedings before Judge Nancy A. Vecchiarelli.Video Arraignment as to Anthony Yanow (1) Count 1,1s,2-3,2s held on 7/9/2004. Defendant present with counsel, Sara Kaplan, at USDC, Rm 890, 255 E. Temple St., Los Angeles, CA 90012. Defendant plead not guilty to superceding indictment. Defendant's bond continued. (Court Reporter Julie Knabe) (M, M) (Entered: 07/09/2004) |
| 07/08/2004 | 33 | Ordergranting 31 Motion for Special Appearance as to Anthony Yanow. Video arraignment scheduled for 7/9/04 at 1:00 p.m. before Judge Vecchiarelli (1). Signed by Judge Nancy A. Vecchiarelli on 07/08/04. (M, M) (Entered: 07/08/2004) |
| 07/02/2004 | 31 | Motion for Special Appearance *at Arraignment by Video Conference* by |

Feb 04 05 04:40p      1540  Leader  Building                              p.

| Date | No. | Entry |
|---|---|---|
| 09/02/2003 | 19 | MOTION by Anthony Yanow to continue pretrial and trial date oral hrg requested (4 pgs) (C,B) (Entered: 09/03/2003) |
| 08/18/2003 | | MARGINAL ENTRY granting motion by deft to cont pretrial [18-1] ; final pretrial/chage of plea set for 1:30 p.m. on 9/11/03, Mot for hrg to be held by video confr is denied. counsel & party must attend in person for Anthony Yanow (issued on 8/18/03) Judge Solomon Oliver Jr. (E,P) (Entered: 08/19/2003) |
| 08/18/2003 | 18 | MOTION/NOTICE by deft to cont pretrial ( 3 pgs) (E,P) (Entered: 08/19/2003) |
| 07/29/2003 | | MARGINAL ENTRY granting deft's motion to continue trial [17-1] ;final pretrial conference set for 2:00 p.m. on 8/20/03 trial reset for 9:00 a.m. on 9/29/03 for Anthony Yanow (issued) Judge Solomon Oliver Jr. (S,J) (Entered: 07/31/2003) |
| 07/22/2003 | 17 | MOTION to continue trial by deft Anthony Yanow ( 3 pgs) (S,J) (Entered: 07/31/2003) |
| 07/01/2003 | 16 | STIPULATION and order re: continuance of pretrial hrg by Judge Solomon Oliver Jr. ; final pretrial conference/change of plea is set for 11:00 a.m. on 7/29/03 for dft Anthony Yanow ( 3 pgs) (B,B) (Entered: 07/03/2003) |
| 06/13/2003 | 15 | STIPULATION and Order re: modification of pt release conds to allow deft to travel to Canada between the dates of 6/17/03 through 6/25/03 and also to Vancouver, Canada between the dates of 7/24/03 through 7/29/03 Approved by Judge Solomon Oliver Jr. ( 3 pgs) (E,P) (Entered: 06/16/2003) |
| 06/02/2003 | 14 | ARREST Warrant returned executed as to dft Anthony Yanow; dft arrested on 3/18/03 (1 pg) (S,R) Modified on 08/14/2003 (Entered: 06/02/2003) |
| 05/27/2003 | | MARGINAL ENTRY order granting mot by deft to continue trial [13-1]. Final pretrial set for 11:00 a.m. on 6/24/03 and trial set for 9:00 a.m. on 8/11/03. (issd 5/27/03) Judge Solomon Oliver Jr. (V,K) (Entered: 05/28/2003) |
| 05/13/2003 | 13 | MOTION by deft to continue trial. (3 pgs) (V,K) (Entered: 05/28/2003) |
| 04/08/2003 | | MARGINAL ENTRY granting mot by dft Anthony Yanow to continue trial [12-1]; pretrial conf set for 1:30 p.m. on 5/22/03 for Anthony Yanow; jury trial set for 9:00 a.m. on 6/23/03 for Anthony Yanow (issd 4/8/03) Judge Solomon Oliver Jr. (M,J A A) Modified on 04/23/2003 (Entered: 04/10/2003) |
| 03/27/2003 | | MARGINAL ENTRY granting motion for attorney Eric D. Shevin to appear pro hac vice [7-1] (issued on 3/27/03) Judge Solomon Oliver Jr. (S,R) (Entered: 03/28/2003) |
| 03/26/2003 | 12 | MOTION by deft Anthony Yanow to continue trial ( 4 pgs) (M,J A A) (Entered: 04/10/2003) |

Feb 04 05 04:40p      1540  Leader  Building                               p.

Northern District of Ohio - Docket Report                    Page 7 of 8

| 03/24/2003 | 11 | MAIL Returned addressed to defendant Anthony Yanow re: notice of arraignment (undeliverable) (S,R) (Entered: 03/25/2003) |
| 03/18/2003 | 10 | WAIVER of Personal Appearance by defendant Anthony Yanow ( 1 pgs) (C,E E) (Entered: 03/18/2003) |
| 03/18/2003 | 9 | MINUTES: before Mag. Judge David S. Perelman; dft Anthony Yanow arraigned; Not Guilty plea entered; Atty Eric Shevin (retain cnsl) present; Bond set to Personal Recognizance with PSA. Court reporter: Colleen Gallagher (issd 3/18/03) (1 pg) (C,E E) Modified on 04/23/2003 (Entered: 03/18/2003) |
| 03/14/2003 | 7 | MOTION for attorney Eric D. Shevin to appear pro hac vice by Anthony Yanow ( 4pgs+2 exh pgs) (S,R) (Entered: 03/14/2003) |
| 03/12/2003 | 8 | CRIMINAL PRETRIAL ORDER by Judge Solomon Oliver Jr: Jury trial sched for 4/30/03 at 9:00a.m. for Anthony Yanow ; Final pretrial sched for 4/8/03 at 2:30; discovery ddl 4/1/03; pretrial motion ddl 4/7/03; responses to pretial motions due 4/21/03; trial documnets to be filed by 4:00 on 4/25/03 (issued on 3/12/03) 4 pg(s) (S,R) (Entered: 03/18/2003) |
| 03/07/2003 | 6 | RULE 40 Documents received from District of California as to defendant Anthony Yanow (S,R) (Entered: 03/07/2003) |
| 03/06/2003 | 5 | NOTICE of arraignment set for 1:00 p.m. on 3/6/03 as to Anthony Yanow in room 11A, before Mag. Judge Perelman (issd 3/6/03) (1 pg) (C,E E) Modified on 04/23/2003 (Entered: 03/07/2003) |
| 02/21/2003 | 4 | POST-INDICTMENT RESTRAINING ORDER by Judge Solomon Oliver Jr. [3-1] 3 pg(s) (seal) (Entered: 02/24/2003) |
| 02/20/2003 | 3 | APPLICATION by plaintiff USA for post indictment restraining order (3 pgs) (seal) (Entered: 02/24/2003) |
| 02/20/2003 | 2 | ORDER by Mag. Judge David S. Perelman sealing case. To be unsealed upon arrest 1 pg(s) (S,R) (Entered: 02/21/2003) |
| 02/20/2003 | | ASSIGNMENT OF MAGISTRATE JUDGE to Mag. Judge William H. Baughman pursuant to Local Rule 57.9 assignment of cases. In the event of referral, this case will be referred to the Magistrate Judge noted. (pgs: 1) (S,R) (Entered: 02/21/2003) |
| 02/20/2003 | 1 | INDICTMENT by USA Counts filed against Anthony Yanow (1) counts 1, 2-3 (1 pg) (S,R) (Entered: 02/21/2003) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 02/04/2005 12:02:43 | | |
| PACER Login: | ag0632 | Client Code: | yanow |
| Description: | Docket Report | Search Criteria: | 4:03-cr-00075-SO |

Feb 04 05 04:41p        1540   Leader   Building                    P.

Northern District of Ohio - Docket Report                    Page 8 of 8

| Billable Pages: | 5 | Cost: | 0.40 |
|---|---|---|---|

2/4/05

**U.S. Department of Justice**
Immigration and Naturalization Service

**Notice of Entry of Appearance
as Attorney or Representative**

**Appearance** - An appearance shall be filed on this form by the attorney or representative appearing in each case. Thereafter, substitution may be permitted upon the written withdrawal of the attorney or representative of record or upon notification of the new attorney or representative. When an appearance is made by a person acting in a representative capacity, his personal appearance or signature shall constitute a representation that under the provisions of this chapter he is authorized and qualified to represent. Further proof of authority to act in a representative capacity may be required. **Availability of Records** - During the time a case is pending, and except as otherwise provided in 8CFR 103.2(b), a party to a proceeding or his attorney or representative shall be permitted to examine the record of proceeding in a Service office. He may, in conformity with 8 CFR 103.10, obtain copies of Service records or information therefrom and copies of documents or transcripts of evidence furnished by him. Upon request, he/she may, in addition, be loaned a copy of the testimony and exhibits contained in the record of proceeding upon giving his/her receipt for such copies and pledging that it will be surrendered upon final disposition of the case or upon demand. If extra copies of exhibits do not exist, they shall not be furnished free on loan; however, they shall be made available for copying or purchase of copies as provided in 8 CFR 103.10.

| In re: | Anthony YANOW | Date | 01/11/2005 |
|---|---|---|---|
| | | File No. | |

I hereby enter my appearance as attorney for (or representative of), and at the request of, the following named person(s):

| Name | | ☐ Petitioner | ☒ Applicant |
|---|---|---|---|
| Anthony | YANOW | ☐ Beneficiary | |

| Address (Apt. No.) | (Number & Street) | (City) | (State) | (ZIP Code) |
|---|---|---|---|---|
| 2252 | Verde Oak Drive | Los Angeles | California | 90068 |

| Name | | ☐ Petitioner | ☐ Applicant |
|---|---|---|---|
| | | ☐ Beneficiary | |

| Address (Apt. No.) | (Number & Street) | (City) | (State) | (ZIP Code) |
|---|---|---|---|---|
| | | | | |

*Check applicable Item(s) below:*

☒ 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia

**United States Supreme Court** and am not under a court or administrative agency
*Name of Court*
order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

☐ 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

☐ 3. I am associated with

the attorney of record who previously filed a notice of appearance in this case and my appearance is at his request. *(If you check this item, also check item 1 or 2 whichever is appropriate.)*

☒ 4. Others (Explain fully.)

Michael Maggio is admitted to the District of Columbia Court of Appeals; Alison Brown is admitted to the Maryland Court of Appeals; Elizabeth Quinn is admitted in the Supreme Court of Virginia; Andrés Benach is admitted to the NY Court of Appeals; James Alexander is admitted to the Florida Court of Appeals; Melissa Frisk is admitted to the Maryland Court of Appeals.

| SIGNATURE | COMPLETE ADDRESS |
|---|---|
| | Maggio Kattar, PC |
| | Maggio & Kattar, 11 Dupont Circle, N.W., 775 |
| | Washington          DC     20036 |

| NAME (Type or Print) | TELEPHONE NUMBER |
|---|---|
| Michael Maggio | 202-483-0053     202-483-6801 |

*PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS:*

Michael Maggio, Alison J. Brown, Elizabeth Quinn, Andres Benach, James Alexander

Michael Maggio  MAGGIO KATTAR, 11 Dupont Circle NW, Ste. 775, Washington, DC  20036
*(Name of Attorney or Representative)*

*THE ABOVE DISCLOSURE IS IN CONNECTION WITH THE FOLLOWING MATTER:*
ALL MATTERS BEFORE THE CITIZENSHIP AND IMMIGRATION SERVICES; THE U.S. DEPARTMENT OF LABOR; AND THE U.S. DEPARTMENT OF STATE.

| Name of Person Consenting | Signature of Person Consenting | Date |
|---|---|---|
| Anthony Yanow | | 1.28.05 |

(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.

This form may not be used to request records under the Freedom of information Act or the Privacy Act. The manner of requesting such records is contained in 8CFR 103.10 and 103.20 Et.SEQ.

Form G-28 (09-26-00)Y