AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

__NORTHERN__ DISTRICT OF __OHIO, EASTERN DIVISION__

UNITED STATES OF AMERICA

v.

ANTHONY YANOW

**WAIVER OF INDICTMENT**

CASE NUMBER: 4:05M.4061

MAG. JUDGE VECCHIARELLI

I, __ANTHONY YANOW__, the above named defendant, who is accused of

knowingly depositing for mailing via The United Postal Service ground mail at 12114 Sherman Way, North Hollywood, California, and causing to be delivered by mail a package addressed to Peter's Novelties, 38 South Walnut Street, East Palestine, Ohio, which package contained nonmailable items which were not authorized to be mailed by rules and regulations of the Postal Service, in violation of Title 18, United States Code, §§ 2, 1716(a) and (j)(1),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____ prosecution by indictment and consent that the proceeding may be by
            Date
information rather than by indictment.

_____
Defendant ANTHONY YANOW

_____
Counsel for Defendant ROBERT SHAPIRO and
ALBERT GUILIANI

Before _____
            Judicial Officer



2005 SEP 15 AM 10: 32
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,         )
                                  )   I N F O R M A T I O N
              Plaintiff,          )   CR. N **4:05M 1 061**
                                  )   Title 18, §§ 2, 1716(a),
         -vs-                     )   (j)(1), United States
                                  )   Code.
ANTHONY YANOW,                    )
JOSEPH ZACHARY ADELMAN,           )   MAG. JUDGE VECCHIARELLI
                                  )
              Defendants.         )

### COUNT 1

The United States Attorney charges:

On or about October 9, 2002, in the Northern District of Ohio, Eastern Division, and elsewhere, ANTHONY YANOW and JOSEPH ZACHARY ADELMAN, the defendants herein, knowingly deposited for mailing via The United Postal Service ground mail at 12114 Sherman Way, North Hollywood, California, and caused to be delivered by mail a package addressed to Peter's Novelties, 38 South Walnut Street, East Palestine, Ohio, which package contained nonmailable items which were not authorized to be mailed by rules and regulations of the Postal Service, in

2

violation of Title 18, United States Code, §§ 2, 1716(a) and (j)(1).

GREGORY A. WHITE
United States Attorney