U.S. Department of Homeland Security



U.S. Citizenship
and Immigration
Services

MAGGIO & KATTAR PC
RE: ANTHONY YANOW
11 DUPONT CIRCLE NW STE 775
WASHINGTON, DC 20036

Dear Sir or Madam:

You recently submitted an inquiry on behalf of a client to the California Service Center (CSC) via fax or letter. However, the CSC has created a special e-mail inquiry system for attorneys and representatives of community-based organizations that we believe will help us more efficiently process your request. This e-mail system is closely monitored, and responses can be expected within 30 days. Therefore, please resubmit your inquiry to one of the following e-mail addresses, which are specific to the particular form-type about which you are inquiring:

| | | |
|---|---|---|
| CSC-XII.90@dhs.gov | CSC-XII.140@dhs.gov | CSC-XII.751@dhs.gov |
| CSC-XII.129@dhs.gov | CSC-XII.360@dhs.gov | CSCXII.765@dhs.gov |
| CSC-XII.129F@dhs.gov | CSC-XII.400@dhs.gov | CSC-XII.817@dhs.gov |
| CSC-XII.130@dhs.gov | CSC-XII.485@dhs.gov | |
| CSC-XII.131@dhs.gov | CSC-XII.539@dhs.gov | |

If there is no e-mail address listed for the application/petition about which you are inquiring, please send your request to CSC-XII.Other@dhs.gov

However, please note that we will continue to accept expedite requests on fax number 949-389-3441, and I-130 upgrade requests on fax number 949-389-3482. Please note, expedite requests must meet the strict criteria noted on our website at www.uscis.gov.

The CSC also has established two emergency phone numbers. Out of respect for your colleagues, please be sure to use these phone numbers only in the case of a true emergency.

(949) 389-3007 CSC Emergency Line (9:00 am - 3:30 pm, Pacific Time)
(949) 389-3252 CSC Emergency Line (9:00 am - 3:30 pm, Pacific Time)

Please note that USCIS provides a case-status on-line inquiry service on our website at www.uscis.gov.

Finally, if your inquiry included a change of address request filed on behalf of a client, in order to complete your request you must mail a Form AR-11, Alien's Change of Address Card, to the address listed on the Form AR-11.

Thank You.

California Service Center
Congressional & Customer Relations Division XII