## Jennifer Tamayo

| | |
|---|---|
| From: | Jennifer Tamayo |
| Sent: | Tuesday, December 13, 2005 4:37 PM |
| To: | 'CSC-XII.90@dhs.gov' |
| Cc: | Jasmine Chehrazi; Michael Maggio |
| Subject: | I-90 renewal application of Mr. Anthony Yanow, A 79-532-274, WAC-04-800-17977 |
| Importance: | High |

RE: **OUTSIDE OF PROCESSING TIME**
I-90 renewal application of Mr. Anthony Yanow
A 79-532-274
WAC-04-800-17977

Dear Sir or Madam:

We write in connection with the above-referenced application and the e-mail message immediately below this one sent to this e-mail address on **November 9, 2005** by the attorney of record, Michael Maggio.

Based on your previous correspondence of November 4, 2005 responses to emails can be expected within 30 days. **As it has been more than 30 days**, we would greatly appreciate a response to our below request. <u>Can please confirm that this email and the below message have been received and are being processed?</u>

Thank you, and we would be very grateful for your assistance.

Sincerely,

Jennifer Tamayo


Jennifer Tamayo
Administrative Assistant
Maggio & Kattar
11 Dupont Circle N.W. Suite 775
Washington D.C. 20036
Phone: (202) 483-0053
Fax: (202) 483-6801
Email: jtamayo@maggio-kattar.com
Website: www.maggio-kattar.com

**PRIVATE AND CONFIDENTIAL:** This document is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable laws. If the recipient of this transmission is not the designated recipient or the employee or agent responsible for delivering this transmission to the designated recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please notify us immediately and promptly destroy the original transmission.

---

**From:** Jennifer Tamayo
**Sent:** Wednesday, November 09, 2005 9:56 AM
**To:** 'CSC-XII.90@dhs.gov'
**Cc:** Michael Maggio; Jasmine Chehrazi
**Subject:** I-90 renewal application of Mr. Anthony Yanow, A 79-532-274, WAC-04-800-17977

RE: I-90 renewal application of Mr. Anthony Yanow

12/16/2005

A 79-532-274
WAC-04-800-17977

Dear Sir of Madam:

Based upon your notice sent to our office on November 4, 2005, CSC appears to have mischaracterized a supplementary RFE response as correspondence, which would not result in timely connection of this paperwork with the above-referenced application. We therefore kindly request that the supplementary RFE response (sent to CSC on October 26, 2005 to supplement our February 9, 2005 response to a RFE issued on November 29, 2004 on the above-referenced application) be matched to Mr. Yanow's file as soon as possible, as this documentation is critical to the CSC Examiner's ability to properly adjudicate the application. <u>Can you please confirm this is possible?</u>

Thank you, and we would be very grateful for your assistance.

Sincerely,

Michael Maggio
ATTORNEY OF RECORD

Transmitted by:
Jennifer Tamayo

Jennifer Tamayo
Administrative Assistant
Maggio & Kattar
11 Dupont Circle N.W. Suite 775
Washington D.C. 20036
Phone: (202) 483-0053
Fax: (202) 483-6801
Email: jtamayo@maggio-kattar.com
Website: www.maggio-kattar.com

**PRIVATE AND CONFIDENTIAL:** This document is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable laws. If the recipient of this transmission is not the designated recipient or the employee or agent responsible for delivering this transmission to the designated recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission ierror, please notify us immediately and promptly destroy the original transmission.

12/16/2005