

U.S. Department of Homeland Security
California Service Center
P.O. Box 30111
Laguna Niguel, CA 92607-0111

**U.S. Citizenship and Immigration Services**

Wednesday, December 21, 2005

MICHAEL MAGGIO
MAGGIO KATTAR LLC
11 DUPONT CIR
STE 775
WASHINGTON DC 20036

**ATTORNEY/PARALEGAL COPY**

ANTHONY YANOW
2255 VERDE OAK DR
LOS ANGLES CA 90068

Dear ANTHONY YANOW :

On 12/21/2005 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Person who contacted us:** | TAMAYO, JENNIFER |
| **Caller indicated they are:** | A Paralegal or Other Employee of the Attorney of Record |
| **Attorney Name:** | MICHAEL MAGGIO |
| **Case type:** | I90 |
| **Filing date:** | 11/29/2004 |
| **Receipt #:** | WAC-04-800-17977 |
| **Beneficiary (if you filed for someone else):** | YANOW , ANTHONY |
| **Your USCIS Account Number (A-number):** | A079532274 |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.