## Michael Maggio

**From:** mmaggio@maggio-kattar.com
**Sent:** Thursday, February 09, 2006 12:54 PM
**To:** cscliaison@aila.org
**Cc:** Michael Maggio
**Subject:** California Service Center Inquiry Form From Michael Maggio

Date: 2/9/2006

We are in receipt of your Service Center Liaison Assistance Form. Below are your responses. Please print out and keep for your files.

Form Type: I-90 Renew

Other Type: N/A

Attorney's Name: Michael Maggio
Email: mmaggio@maggio-kattar.com
Phone: 202-483-0053
Fax: 202-483-6801

Firm: Maggio Kattar
Member No: 416

I824 Case Type: N/A

I485 Current:
PD Month: 0
PD Day: 0
PD Year: 0
PD Classification:
PD Country:

G-28 Attorney: Michael Maggio

Receipt Date: November 29, 2004

Applicant Name: Tony Yanow

BenA_Name: Tony Yanow
BenA_Birth: 04/27/1971
BenA_Anumber: A79-532-274
BenA_Receipt_No: WAC0480017977

BenB_Name:
BenB_Birth:
BenB_Anumber:
BenB_Receipt_No:

BenC_Name:
BenC_Birth:
BenC_Anumber:
BenC_Receipt_No:

Problem: Our client, Mr. Yanow, was issued an RFE on Novemeber 24, 2004 in response to an I-90 application due to a pending criminal case. We first responded on February 9, 2005, indicating that the case was still pending.
On October 25, 2005, after the disposition had been issued, we again responded to the RFE indicating that Mr. Yanow's case had been resovled favorably. In November of 2004, we recieved a letter from the California Service Center indicating that the CSC was no longer accepting hardcopy inquiries. As our submission was not an inquiry but a response to the RFE, we contacted the CSC via their e-mail inquiry system (Division XII) to clarify the matter and verify how we should proceed. There have been three inquiries and not one

1

```
response in the past 3 months.

DivXII DateA: November 9, 2005
DivXII ResponseA: no
DivXII ResponseA Desc: N/A
NCSC_Action A: no

DivXII DateB: December 13, 2005
DivXII ResponseB: no
DivXII ResponseB Desc: N/A
NCSC_Action B: no

DivXII DateC: February 9, 2006
DivXII ResponseC: no
DivXII ResponseC Desc: N/a
NCSC_Action C:

RFE A: yes
RFE Response Date A: February 9, 2005
RFE Response A: Pursuant to our response letter of Feb. 9, 2005, we again responded to the
RFE on October 25, 2005. We received a standard letter indicating that the CSC was no
longer accepting inquiries, except via the Division XII e-mail system.

There has not been any other correspondece from the CSC since the RFE of November 29,
2004.

RFE B:
RFE Response Date B: 0 0, 0
RFE Response B:

RFE C:
RFE Response_Date C: 0 0, 0
RFE Response C:

Office_Transfer: No
Office_Name:
Transfer_Date_Month: 0
Transfer_Date_Day: 0
Transfer_Date_Year: 0

Confirmation: yes
```

## Jennifer Tamayo

| | |
|---|---|
| **From:** | Jennifer Tamayo |
| **Sent:** | Monday, April 17, 2006 9:08 AM |
| **To:** | 'rlo@aila.org' |
| **Subject:** | AILA Liaison Inquiry for Anthony Yanow - Michael Maggio |
| **Attachments:** | AILAInquiry.pdf; AILAReceipt.pdf |

Dear Ms. Lo :

I write in connection with an AILA Liaison inquiry placed by Michael Maggio on February 9, 2006 to which we have yet to receive a reply from an AILA Liaison committee member. Ms. Cora Tekach of our firm suggested I contact you. The inquiry and other related correspondence is attached for your review.

The inquiry corresponds to Mr. Anthony Yanow's case, on which I am assisting Mr. Maggio. Mr. Yanow's I-90 case has been pending since October 25, 2005 when we placed our last response to a request of additional evidence (RFE) on his case. Since then, we have placed several inquiries with the California Service Center Division XII inquiry system and never received a response.

I hope you can be of assistance in this matter. We look forward to receiving your response. Please do not hesitate to contact me should you need any further information.

Best,

Jennifer Tamayo

Jennifer Tamayo
Administrative Assistant
Maggio & Kattar
11 Dupont Circle N.W. Suite 775
Washington D.C. 20036
Phone: (202) 483-0053
Fax: (202) 483-6801
Email: jtamayo@maggio-kattar.com
Website: www.maggio-kattar.com

**PRIVATE AND CONFIDENTIAL:** This document is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable laws. If the recipient of this transmission is not the designated recipient or the employee or agent responsible for delivering this transmission to the designated recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please notify us immediately and promptly destroy the original transmission.

5/2/2006