U. S. Citizenship and Immigration Services

Print This Page | Back

# U.S. Citizenship and Immigration Services
## California Service Center Processing Dates
### Posted May 08, 2006

The U.S. Citizenship and Immigration Services processes cases in the order in which they are received. Due to the high workload, most of the time your case is pending we will be processing cases that were filed earlier than yours. This chart tells you which cases the Service Center is processing and the date the cases were received by the Service Center.

**How do I use this chart?**

Locate the type of application or petition you filed under the heading "Form" or "Form Name". Follow the form/form name across to the heading "Processing Cases with Receipt Date of". The date shown in this column represents the filing date of the application or petition that is currently being processed at this Service Center.

**When Can I Call The National Customer Service Center?**

If you filed your case 30 days or more before the date shown under the heading "Processing Cases with Receipt Date of" and you have not received a request for evidence, a decision, or another notice in the last thirty days, please call our National Customer Service Center at 1-800-375-5283.

If you received a request for evidence and you responded more than 60 days ago and have not received a decision, please call our National Customer Service Center at 1-800-375-5283.

If you have filed any of the following forms and the indicated times have passed, please call our National Customer Service Center at 1-800-375-5283.

> Form EOIR-29: If you filed more than 60 days ago and you need to confirm that your case was sent to the Board of Immigration Appeals.
>
> Form I-290A, Motion to Reopen or Reconsider: If you filed more than 6 months ago and you have not received a reply.
>
> Form I-290B, Notice of Appeal to the Administrative Appeals Unit:
>
> > Initial receipt and preliminary processing: If you filed more than 60 days ago (from the date of receipt by the Service Center), and you need to confirm that your case was sent to the Administrative Appeals Office.
> >
> > Remands and sustained decisions: If it has been more than 60 days since the date the Administrative Appeals Office notified you in writing that it remanded (sent your case back) to the Service Center or sustained the decision (decided in your favor), and you have not received a response from the Service Center.

Waiver of the 2-Year Foreign Residence Requirement (For waiver applications that DO NOT require Form I-612). This includes waivers based on No Objection Statements, Interested Government Agency requests, and State Health Department requests. If the Department of State's Waiver Review Division sent the favorable waiver recommendation to the Service Center more than 60 days ago, and you have not received a response from the Service Center.

Service Center Processing Dates for **California** Posted May 08, 2006

| Form | Title | Classification or Basis for Filing | Now Processing Cases with Receipt Notice Date of |
|---|---|---|---|
| I-90 | Application to Replace Permanent Resident Card | Initial issuance or replacement | February 23, 2006 |
| I-90 | Application to Replace Permanent Resident Card | 10-year renewal | April 04, 2006 |
| I-102 | Application for Replacement/Initial Nonimmigrant Arrival/Departure Record | Initial issuance or replacement of a Form I-94 | January 17, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Visa to be issued abroad | March 02, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Change of status in the U.S. | March 02, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Extension of stay in the U.S. | March 02, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | H-2A - Temporary workers | April 29, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | H-2B - Other temporary workers | March 02, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | H-3 - Temporary trainees | March 02, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | E - Treaty traders and investors | March 02, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | L - Intracompany transfers | April 01, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | Blanket L | April 01, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | O - Extraordinary ability | March 02, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | P - Athletes, artists, and entertainers | March 02, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | Q - Cultural exchange visitors and exchange visitors participating in the Irish Peace process | March 02, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | R - Religious occupation | March 02, 2006 |
| I-129F | Petition for Alien Fiance(e) | K-1/K-2 - Not yet married - fiance and/or dependent child | February 03, 2006 |
| I-130 | Petition for Alien Relative | U.S. citizen filing for a spouse, parent, or child under 21 | November 02, 2005 |
| I-130 | Petition for Alien Relative | U.S. citizen filing for an unmarried son or daughter over 21 | January 17, 2003 |
| I-130 | Petition for Alien Relative | U.S. citizen filing for a married son or daughter over 21 | April 30, 2001 |
| I-130 | Petition for Alien Relative | U.S. citizen filing for a brother or sister | April 30, 2001 |
| I-130 | Petition for Alien Relative | Permanent resident filling for a spouse or child under 21 | January 01, 2005 |
| I-130 | Petition for Alien Relative | Permanent resident filling for an unmarried son or daughter over 21 | February 07, 2005 |
| I-131 | Application for Travel Document | All other applicants for advance parole | March 06, 2006 |
| I-212 | Application for Permission to Reapply for Admission into the U.S. After Deportation or Removal | Readmission after deportation or removal | November 02, 2005 |
|  |  |  |  |

| I-360 | Petition for Amerasian, Widow(er), or Special Immigrant | Religious workers | December 16, 2005 |
|---|---|---|---|
| I-360 | Petition for Amerasian, Widow(er), or Special Immigrant | All other special immigrants | December 16, 2005 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Employment-based adjustment applications | November 02, 2005 |
| I-526 | Immigrant Petition By Alien Entrepreneur | . | March 06, 2006 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change of status to H or L dependents | January 31, 2006 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change status to the F or M academic or vocational student categories | January 31, 2006 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change Status to the J exchange visitor category | January 31, 2006 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other change of status applications | January 31, 2006 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of stay for H and L dependents | January 31, 2006 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for F or M academic or vocational students | January 31, 2006 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for J exchange visitors | January 31, 2006 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other extension applications | January 31, 2006 |
| I-612 | Application for Waiver of the Foreign Residence Requirement | Application for a waiver of the 2-year foreign residence requirement based on exceptional hardship or persecution | February 01, 2006 |
| I-751 | Petition to Remove the Conditions on Residence | Removal of lawful permanent resident conditions (spouses of U.S. citizens and lawful permanent residents) | November 02, 2005 |
| I-765 | Application for Employment Authorization | Based on an approved asylum application [(a)(5)] | March 14, 2006 |
| I-765 | Application for Employment Authorization | Based on a request by a qualified F-1 academic student. [(c)(3)] | January 31, 2006 |
| I-765 | Application for Employment Authorization | Based on a pending asylum application [(c)(8)] | April 01, 2006 |
| I-765 | Application for Employment Authorization | Based on a pending I-485 adjustment application [(c)(9)] | March 06, 2006 |
| I-765 | Application for Employment Authorization | Based on TPS for Honduras/Nicaragua [(c)(19), (a)(12)] | January 31, 2006 |
| I-765 | Application for Employment Authorization | Based on TPS for El Salvador [(c)(19)(a)(12)] | January 31, 2006 |
| I-765 | Application for Employment Authorization | All other applications for employment authorization | January 15, 2006 |
| I-817 | Application for Family Unity Benefits | Voluntary departure under the family unity program | February 06, 2006 |
| I-821 | Application for Temporary Protected Status | El Salvador initial or late filing | January 31, 2006 |
| I-821 | Application for Temporary Protected Status | El Salvador extension | January 31, 2006 |
| I-821 | Application for Temporary Protected Status | Honduras and Nicaragua initial or late filing | January 31, 2006 |
| I-821 | Application for Temporary Protected Status | Honduras and Nicaragua extension | January 31, 2006 |
| I-824 | Application for Action on an Approved Application or Petition | To request further action on an approved application or petition | November 02, 2005 |
| I-829 | Petition by Entrepreneur to Remove Conditions | Removal of lawful permanent resident conditions (immigrant investors) | April 01, 2006 |
| I-829 | Petition by Entrepreneur to Remove | Removal of lawful permanent resident conditions | September 10, 1997 |

| Conditions | (immigrant investors) based on PL107-273 | |

[Print This Page]　[Back]

05-17-2006 03:08 PM EDT