# U. S. Citizenship and Immigration Services

TEXT ONLY   HOME   WHAT'S NEW   FAQS   SEARCH   GLOSSARY   FEEDBACK   PRINTPAGE

Immigration Forms, Fees and Fingerprints
  Forms and Fees
    Forms by Mail
    e-Filing USCIS forms
  Fingerprints

Please review this page before downloading this form. It may contain important changes to the instructions for completing and filing the form. The form contained here is the latest printed version. Form changes cannot be made as quickly on the printed forms as they can on this website. Therefore, we are providing notices of changes through this page to assist you with the latest information. You may use the form provided here, but be sure to follow any special instructions listed on this page. **Failure to follow these instructions may result in your application or petition being delayed or denied.** You may also wish to read our General Instructions on forms.

You will need Adobe Reader to fill, view or print these forms in Portable Document Format (PDF).

You may be eligible to file this form electronically.

Form:

I-90, Application to Replace Permanent Residence Card 

Instructions:

| | |
|---|---|
| **Purpose of Form:** | Use this form to replace a "Green Card." <br><br> Note: Do not use this Form I-90 if you are a conditional resident and your status is expiring. You must apply accordingly to remove the conditions: <br><br> • If you became a conditional resident through a marriage to a U.S. Citizen or permanent resident, submit Form I-751, Petition to Remove Conditions on Residence; or <br> • If you became a conditional resident based on a financial investment in a U.S. business, submit Form I-829, Petition by Entrepreneur to Remove Conditions. |
| **Number of Pages:** | 5 pages |
| **Edition Date:** | 10/26/05. 8/24/05 version also accepted. |
| **Where to File:** | If you are filing because your card was never received, or was issued with incorrect information due to USCIS administrative error, please see the Special Instructions below. <br><br> If you are filing for any other reason, please mail your completed Form I-90 and appropriate fees directly to the following address: |

| | |
|---|---|
| | U.S. Citizenship and Immigration Services<br>P.O. Box 54870<br>Los Angeles, CA 90054-0870<br><br>For non-U.S. Postal Service (USPS) deliveries (e.g., Federal Express, UPS or DHL):<br><br>U.S. Citizenship and Immigration Services<br>Attention: I-90<br>16420 Valley View Avenue<br>La Mirada, CA 90638<br><br>You may be eligible to file Form I-90 online. See Introduction to Electronic Filing USCIS Forms for more information. |
| **Filing Fee:** | If you are filing for the following reasons, the base application fee of $190 and the biometrics fee of $70 are required. Total filing fee = $260.<br><br>a. My card was lost, stolen or destroyed.<br>c. My card is mutilated.<br>e. My name or other biographic information has changed since the card was issued.<br>f. My present card has an expiration date and it is expiring.<br>h.1. I have taken up Commuter status.<br>h.2. I was a Commuter and am now taking up residence in the U.S.<br>i. My status has been automatically converted to permanent resident.<br>j. I have an old edition of the card.<br><br>If you are filing for the following reason, the base application fee of $190 is not required. The biometrics fee of $70 is required. Total filing fee = $70.<br><br>g. I have reached my 14th birthday since my card was issued.<br><br>If you are filing for the following reasons, the base application fee of $190 is **not** required. The biometrics fee of $70 is **not** required. Please review the Special Instructions if you are filing for these reasons.<br><br>b. My authorized card was never received.<br>d. My card was issued with incorrect information because of a USCIS administrative error.<br><br>**Fee Payment:** If you are submitting this paper version of the Form I-90, include a check or money order with your application made payable to **Department of Homeland Security** or **U.S. Citizenship and Immigration Services**. Fees must be submitted in the exact amount. Fees cannot be refunded. Do not mail cash. |

If you are submitting this form electronically, acceptable forms of payment include credit/debit card or checking/savings account. See Paying Fees for E-Filed Applications.

**Notice to applicants making payment by check.** If you send us a check, it will be converted into an electronic funds transfer (EFT). This means we will copy your check and use the account information on it to electronically debit your account for the amount of the check. The debit from your account will usually occur within 24 hours, and will be shown on your regular account statement.

You will not receive your original check back. We will destroy your original check, but we will keep a copy of it. If the EFT cannot be processed for technical reasons, you authorize us to process the copy in place of your original check. If the EFT cannot be completed because of insufficient funds, we may try to make the transfer up to two times.

Special Instructions:

**If you are filing because your card was never received**, you must mail a new I-90 application using Application Reason "b" *My authorized card was never received*, and any supporting documentation, to the USCIS Service Center/National Benefits Center (NBC) that processed your previously filed I-90 application. For the Service Center/NBC mailing address, please refer to the I-797 "Notice of Action" and/or e-Filing confirmation Receipt notice that you received upon submittal of your previously filed I-90 application. In addition to the new I-90 application, applicants are encouraged to send a copy of the I-797 "Notice of Action" and/or the e-Filing Confirmation Receipt notice issued for their previously filed I-90 application. I-90 applications submitted with Application Reason "b" do **not** require the $70 biometrics fee **or** the base application fee.

**If you are filing because your card was issued with incorrect data due to USCIS administrative error**, you must mail a new I-90 application using Application Reason "d" *My card was issued with incorrect information because of a USCIS administrative error*, and any supporting documentation, to the USCIS Service Center/National Benefits Center(NBC) that processed your previously filed I-90 application. For the Service Center/NBC mailing address, please refer to the letter that came with your I-551 card, also known as "Green Card". This letter provides the address for the Service Center/NBC that processed your previously filed I-90 application. The Service Center/NBC address can also be found on the I-797 "Notice of Action" issued for the previously filed I-90 application. In addition to the new I-90 application, applicants are **required** to send the **original** I-551 card containing incorrect information, and documentation that supports the requested correction. I-90 applications submitted with Application Reason "d" do **not** require the $70 biometrics fee **or** the base application fee.

**Change in Biographic Data:**
If you are applying to replace a card because of a name change, you must bring the original court order or a certified copy of a court order or marriage

certificate reflecting the new name to your in-person appearance at the ASC. To replace a card because of a change in any other biographic data, you must bring copies of documentation to prove that the new data is correct. A replacement application based on a USCIS administrative error must also include an explanation.

**Changes to Submitted Applications:**
If it is necessary to change any information on your submitted I-90 application, please bring evidence to support the change with you to your in-person appearance at your local ASC. **Do not** send written correspondence regarding changes to the National Benefits Center.

**Change of Address:**
If you have E-Filed an I-90 and need to inform USCIS of an address change, you must:

1. File a Form AR-11 with the USCIS address listed on the Form AR-11, **and**
2. Notify the USCIS of the address change by either:
   - calling the National Customer Service Center (NCSC) toll-free at 1-800-375-5283 (preferred), or
   - writing the National Benefits Center (NBC) at:
     USCIS-NBC
     PO Box 648005
     Lee's Summit, MO 64064

Please be sure to submit a separate AR-11 for each individual applicant (i.e., do not submit one AR-11 for an entire family) and to include all applicable receipt numbers to ensure that the address is changed for all Forms pending with NBC. For more information, see How Do I Report a Change of Address to the USCIS?

**Withdrawing an Application:**
To withdraw or cancel your submitted application, please send a written request to:

National Benefits Center
705 B SE Melody Lane, Box 2000
Lee's Summit, MO 64063

No refunds or returns will be honored in the event of an application cancellation or withdrawal request.

Download:

I-90 (Fillable PDF Format, 279 KB)

Additional Information:

Lawful Permanent Residency
How Do I Become a Lawful Permanent Resident While in the United States?
Green Cards (Home Page)
Green Card (I-551) Renewal Program
How Do I Renew My Permanent Resident Card (Green Card)
How Do I Replace My Permanent Resident Card (Green Card)
How Do I Know If I Need Original Documents?

*Last Modified 05/16/2006*