**UNITED STATES POSTAL SERVICE**®

Track & Confirm        FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7005 2570 0001 3479 8776**
Detailed Results:

- Delivered, June 02, 2006, 10:58 am, WASHINGTON, DC 20001
- Arrival at Unit, June 02, 2006, 10:15 am, WASHINGTON, DC 20001

( < Back )    ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. ( Go > )

 POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy





UNITED STATES POSTAL SERVICE   SOUTHERN MD 207

02 JUN 2006 PM 5 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

**MAGGIO KATTAR**
11 Dupont Circle, N.W. #775
Washington, DC 20036

06-566 YANOW SG