

Home | Help | Sign In

Track & Confirm | FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7005 2570 0001 3479 8776**
Detailed Results:

- Delivered, June 02, 2006, 10:58 am, WASHINGTON, DC 20001
- Arrival at Unit, June 02, 2006, 10:15 am, WASHINGTON, DC 20001

< Back    Return to USPS.com Home >

### Track & Confirm

Enter Label/Receipt Number.

Go >

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.   Go >


POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   National & Premier Accounts
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy





UNITED STATES POSTAL SERVICE
SOUTHERN MD 207
02 JUN 2006 PM 5 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

MAGGIO KATTAR
11 Dupont Circle, N.W. #775
Washington, DC  20036

06-566 YANOW SG