

Home | Help | Sign In

Track & Confirm | FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7005 2570 0001 3479 8776**
Detailed Results:

- Delivered, June 02, 2006, 10:58 am, WASHINGTON, DC 20001
- Arrival at Unit, June 02, 2006, 10:15 am, WASHINGTON, DC 20001

**Track & Confirm**

Enter Label/Receipt Number.

( < Back )　　( Return to USPS.com Home > )　　　( Go > )

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. ( Go > )



POSTAL INSPECTORS
Preserving the Trust

site map    contact us    government services    jobs    National & Premier Accounts

Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )    C. Date of Delivery |
| 1. Article Addressed to:<br>S/O U.S. Attorney<br>501 3rd Street NW<br>Washington, DC 20001 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered       ☒ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label)    7005 2570 0001 3479 8776 | |
| PS Form 3811, February 2004    Domestic Return Receipt | 102595-02-M-1540 |