UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY YANOW )<br>2552 Verde Oak Dr. )<br>Los Angeles, CA 90068 )<br> )<br>      Plaintiffs, )<br>  v. )<br> )<br>MICHAEL CHERTOFF, Secretary )<br>U.S. Dept. Of Homeland Security )<br>Washington, D.C. 20528 )<br> )<br> )<br>      Defendants. )<br>                           ) | Case No: 06-0976 (RBW)<br>ECF |

## **PRAECIPE**

The Clerk of Court will please enter the appearance of Assistant United States Attorney

Andrea McBarnette, as counsel of record for the above named Defendant.

Respectfully submitted,

      /S/
ANDREA McBARNETTE, D.C. Bar # 483789
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7153

## **CERTIFICATE OF SERVICE**

     I hereby certify that the foregoing Praecipe was filed via the Court's electronic filing system on this June 27, 2006 and is expected to be served by the Court's electronic transmission facilities on:

Michael Maggio
Maggio & Kattar
11 Dupont Circle, NW
Suite 775
Washington, D.C.  20036
(202) 483-0053 (phone)
(202) 483-6801 (fax)

                                              /S/
                                   ANDREA McBARNETTE, D.C. Bar  #483789
                                   Assistant United States Attorney
                                   Judiciary Center Building
                                   555 Fourth Street, N.W.,
                                   Washington, D.C. 20530
                                   (202) 514-7153