UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

ANTHONY YANOW                    )
                                 )
              Plaintiffs,        )
       v.                        )        Case No: 06-0976 (RBW)
                                 )
MICHAEL CHERTOFF, Secretary      )
U.S. Dept. Of Homeland Security, et. al  )
                                 )
              Defendants.        )
_____)

MOTION TO DISMISS FOR MOOTNESS

        Michael Chertoff, Secretary of the Department of Homeland Security, by and through his

undersigned counsel, respectfully requests that the Court dismiss Petitioner's Complaint in

Nature of Writ of Mandamus ("Complaint") on the grounds of mootness.  Petitioner challenges

the alleged inaction of the Department of Homeland Security United States Citizenship and

Immigration Service ("USCIS") in not processing his Application to Replace Alien Registration

Card ("Application").  Complaint p. 2.  Petitioner filed the Application on November 6, 2003,

with the USCIS.  Complaint p. 2.  Petitioner's complaint should be dismissed because USCIS

processed and approved Petitioner's Application on July 20, 2006.  Exhibit A (Attached).

Because Petitioner seeks to compel Respondent to make a decision that has already been acted

upon and completed, the present action is now moot.

        Respondent requests that the Court dismiss Petitioner's Complaint for mootness.

Dated: July 24, 2006     Respectfully submitted,


_____/s/_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney.


_____/s/_____
ANDREA McBARNETTE, D.C. Bar  # 483789
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7153

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Motion to Dismiss for Mootness and the

accompanying Order was filed via the Court's electronic filing system on this July 24, 2006 and

is expected to be served by the Court's electronic transmission facilities on:


Michael Maggio
Maggio & Kattar
11 Dupont Circle, NW
Suite 775
Washington, D.C.  20036
(202) 483-0053 (phone)
(202) 483-6801 (fax)


      /S/
ANDREA McBARNETTE, D.C. Bar  #483789
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.,
Washington, D.C. 20530
(202) 514-7153
