U.S. Department of Justice
Immigration and Naturalization Service

**Application to Replace Permanent Resident Card**

OMB #1115-0004

## START HERE - Please Type or Print

### Part 1. Information about you.

Family Name: Yanow
Given Name: Anthony
Middle Initial:

U.S. Mailing Address - C/O

Street Number and Name: 2252 Verde Oak Drive
Apt. #:
City: Los Angeles
State: CA
ZIP Code: 90068
Date of Birth (Month/Day/Year): 04/27/1971
Country of Birth: CANADA
Social Security #: 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
A #: A079532274

### Part 2. Application type.

1. My status is: (check one)
   a. ✔ Permanent Resident - (Not a Commuter)
   b. ☐ Permanent Resident - (Commuter)
   c. ☐ Conditional Permanent Resident

2. Reason for application: (check one)
   I am a Permanent Resident or Conditional Permanent Resident and:
   a. ✔ my card was lost, stolen, or destroyed. I have attached a copy of an identity document.
   b. ☐ my authorized card was never received. I have attached a copy of an identity document.
   c. ☐ my card is mutilated. I have attached the mutilated card.
   d. ☐ my card was issued with incorrect information because of INS administrative error. I have attached the incorrect card and evidence of the correct information.
   e. ☐ my name or other biographic information has changed since the card was issued. I have attached my present card and evidence of the new information.

   I am a Permanent Resident and:
   f. ☐ my present card has an expiration date and it is expiring.
   g. ☐ I have reached my 14th birthday since my card was issued. I have attached my present card.
   h. 1. ☐ I have taken up Commuter status. I have attached my present card and evidence of my foreign residence.
   h. 2. ☐ I was a Commuter and am now taking up residence in the U.S. I have attached my present card and evidence of my residence in the U.S.
   i. ☐ my status has been automatically converted to permanent resident. I have attached my Temporary Status Document.
   j. ☐ I have an old edition of the card.

### Part 3. Processing information.

Mother's First Name: Heather
Father's First Name: Stephen

City of Residence where you applied for an Immigrant Visa or Adjustment of Status: Los Angeles, CA

Consulate where Immigrant Visa was issued or INS office where status was Adjusted: LOS ANGELES

City/Town/Village of Birth: Montreal, QC

Date of Admission as an immigrant or Adjustment of Status: 03/13/2002

Continued on back.

**FOR INS USE ONLY**

Returned:
Receipt:
Resubmitted:
Reloc Sent:
Reloc Rec'd:
☐ Applicant Interviewed

Status as _____ Verified by _____
Class: C18  Initials: _____
FD-258 forwarded on _____
I-89 forwarded on _____
I-551 seen and returned _____ (Initials)
Photocopy of I-551 verified _____ (Initials)

Name _____ Date _____
Sticker # _____ (ten-digit number)

Action Block:

U.S. Department of Homeland Security
**APPROVED**
JUL 20 2006
003930
Citizenship and Immigration Services

To Be Completed by Attorney or Representative, if any
☐ Fill in box if G-28 is attached to represent the applicant
VOLAG#
ATTY State License #

Form I-90 (Rev. 06/05/02)Y

```
CLAIMS LAN   6.13              688         Thursday  July 20, 2006   4:21 pm
Form: I90         Receipt: WAC-04-800-17977  ADDR CHG ONLY               WRIGHT
```

─Part 1. Information about you.─────────────────────────────────────────
    A#: A079532274
  Name: YANOW                         , ANTHONY
   C/O:
Street: 2252 VERDE OAK DRIVE
  City: LOS ANGELES             State: CA     ZIP: 90068-
Province:                      Postal Code:              Country:

   DOB: 04/27/1971    COB: CANAD     SSN: 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

─Part 2. Application Type.──────────────────────────────────────────────
 1. My status is:
    A  Permanent Resident - (Not a commuter)
 2. Reason for application:
    A  my card was lost, stolen, or destroyed

─Part 3. Processing Information.────────────────────────────────────────
 Is Part 3 and I-89 information provided? (Y/N)  Y

 G-28 attached? Y      Fee Info: A      Signature? Y    Concurrent With? N

```
CLAIMS LAN  6.13                 688         Thursday  July 20, 2006   4:22 pm
Form: I90      Receipt: WAC-04-800-17977  ADDR CHG ONLY                  WRIGHT
```

| Date | Action - Individual |
|---|---|
| 07/20/2006 | CARD REQUEST SENT TO ICPS - WACPSERV |
| 07/20/2006 | CARD REQUEST SENT TO ICPS PRINT SERVER - WRIGHT |
| 07/20/2006 | APPROVED/NOTICE ORDERED - WRIGHT |
| 07/20/2006 | DATA CHANGED IN RECORD - WRIGHT |
| 08/03/2005 | CUSTOMER INQUIRY RESPONSE SENT - ZZ-WEBER |
| 08/03/2005 | DATA CHANGED IN RECORD - ZZ-WEBER |
| 08/03/2005 | CORRESPONDENCE RECEIVED - ZZ-WEBER |
| 04/11/2005 | DATA CHANGED IN RECORD - AMADI |
| 02/15/2005 | RESPONSE TO REQUEST NOTICE TO APPLICATION/PETITION - SC-TRAN LE |
| 02/15/2005 | ADDRESS CHANGE - SC-TRAN LE |
| 11/29/2004 | REQUEST FOR ADDITIONAL EVIDENCE SENT - CHANG |
| 11/12/2004 | INITIAL EVIDENCE REQUEST NOTICE ORDERED - AMADI |
| 11/12/2003 | DATA CHANGED IN RECORD - BRU Workstation |
| 11/06/2003 | RECEIPT NOTICE SENT - BATCH PRINTED |
| 11/06/2003 | RECEIVED - EFILE-INTERFACE |