UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY YANOW ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> MICHAEL CHERTOFF, Secretary ) <br> U.S. Dept. Of Homeland Security, et. al ) <br> ) <br> Defendants. ) | Case No: 06-0976 (RBW) |

### ORDER

UPON CONSIDERATION of Respondents' Motion to Dismiss, the memorandum of points and authorities in support thereof, any opposition thereto, any reply, and the record herein, it is hereby **ORDERED** that the motion is **GRANTED**.

**SO ORDERED**, on this _____ day of _____, 2006.

_____
United States District Court Judge