UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY YANOW, | ) |
|     Plaintiff, | ) |
| v. | ) Civil Action No. 06-976 (RBW) |
| MICHAEL CHERTOFF, et al., | ) |
| Secretary, U.S. Dept. of Homeland Security | ) |
|     Defendants. | ) |

## ORDER

On July 24, 2006, the defendants filed a motion to dismiss on the grounds of mootness. The plaintiff has failed to file an opposition within the time prescribed by Local Rule 7(b) ("[w]ithin 11 days of the date of service . . . an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion."). As of the date of this Order, the plaintiff has failed to file an opposition to the defendants' motion to dismiss and has not requested an extension of time to file such. Since the plaintiff has not responded to the defendants' motion to dismiss, pursuant to Local Rule 7(b), this Court shall treat the defendants' motion to dismiss as conceded. Accordingly, it is hereby this 5th day of January, 2007,

**ORDERED** that the defendants' motion is **GRANTED**. It is further

**ORDERED** that this case is **DISMISSED**.

**SO ORDERED** this 5th day of January, 2007.

/s/_____
Reggie B. Walton
United States District Judge